JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMLET TOROSYAN, doing business as LA CIENEGA KABOB HOUSE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, A Connecticut Corporation, and DOES 1 through 60, inclusive,<br><br>Defendants. | Case No. CV12-3967-RSWL (FFMx)<br>Hon. Ronald S.W. Lew<br><br>**ORDER RE DISMISSAL** |

Pursuant to the Joint Notice of Settlement of Entire Case filed concurrently herewith by Plaintiff Hamlet Torosyan, doing business as La Cienega Kabob House, and Defendant Travelers Casualty Insurance Company of America, and good cause appearing, all dates and hearings are hereby vacated, and this case is dismissed with prejudice, each party to bear its own costs and attorneys fees.  The Court shall retain jurisdiction over this matter for one hundred and twenty days time to allow for the parties to fulfill their duties under the settlement agreement.

**IT IS SO ORDERED.**

Dated:  March  15, 2013     By:  _____
RONALD S.W. LEW
Hon. Ronald S.W. Lew
Senior,  U.S. District Court Judge